IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRIAN BRITT**                                                                              **PLAINTIFF**

**v.**                                                                     **CAUSE NO. 1:11-cv-00074-HSO-JMR**

**JACKSON COUNTY, MISSISSIPPI**
*by and through the Jackson County*
*Board of Supervisors***,**
**LUTHER B. GOFF, JR.** *in his official*
*capacity***, and**
**GRETA HEARNDON,** *in her*
*official capacity*                                                                 **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by

Defendants Jackson County, Mississippi, by and through the Jackson County Board of

Supervisors, Luther B. Goff, in his official capacity as Tax Assessor of Jackson County,

and Greta Hearndon, in her official capacity as an employee of the Jackson County Tax

Assessor's Office.  The Court, after a full review and consideration of the parties'

submissions, the pleadings on file and the relevant legal authorities, finds that in

accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of

Defendants pursuant to FED. R. CIV. P. 56.  This Civil Action is hereby dismissed with

prejudice.

**SO ORDERED AND ADJUDGED**, this the 27th day of June, 2012.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE